**1187 ALTER vs. SIMPSON OR THE COMMON COUNCIL OF DE-TROIT,** 46 M., 138.

Motion for mandamus, quo warranto or certiorari, to deter-

mine relator's right to a seat in the Common Council claimed by respondent Simpson, whose claim is supported by the council.

Denied April 27, 1881.